(5)

Fill in this information to identify the case:

United States Bankruptcy Court for the:

_______________ District of _______________ (State)

Case number (*If known*): 17-23353 Chapter ____

FDIS

FILED
MAY 17 2017
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

☐ Check if this is an amended filing

$325.00

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

American River Detail Auto Body

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

same

**3. Debtor's federal Employer Identification Number (EIN)**

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

**4. Debtor's address**

**Principal place of business**

9140 FAIR OAKS Blvd.
Number Street

FAIR OAKS Ca. 95628
City State ZIP Code

Sacramento
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

JerryAnolik@gmail.com

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: Sole Proprietiship



(1)

1.00

Debtor Name American River Detail Auto Body

Case number (if known) ____________________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☒ Yes. District DISCHARGES When ______ Case number DISMISSED
  MM / DD / YYYY
  District ______ When ______ Case number ______
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☐ Yes. Debtor ______ Relationship ______
  District ______ When ______ MM / DD / YYYY
  Case number, if known ______

Debtor Name American River Detail Auto Body Case number (if known)

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [x] Other Physical Easement on 9132 FAIR OAKS Blvd. for INGRESS & Egress

**Where is the property?** 9132 FAIR OAKS Blvd
Number Street
Feb 28 55 APN Book 39 of Maps Map# 32
FAIR OAKS, Ca. 95628
City State ZIP Code

**Is the property insured?**

- [ ] No
- [x] Yes. Insurance agency Allstate Ins - (agent)

Contact name Allen Unesco

Phone (916) 944-5090

FAIR OAKS Ca. 95628

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

N/A

- [ ] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [x] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [x] $0-$50,000 | [ ] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

Debtor: American River Detail Auto Body
Name

Case number (if known) ____________________

**16. Estimated liabilities**

INCLUDES EX A (Hereto Attached)

- [x] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-17-17
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

Jerry Arolik
Printed name

for American River Detail Auto Body

Title ____________________

**18. Signature of attorney**

X ____________________
Signature of attorney for debtor

Date 5/17/17
MM / DD / YYYY

PRO SE

Printed name

Firm name

Number Street

City State ZIP Code

Contact phone Email address

Bar number State



See Ex "A" (attached)

# Notice of Easement Enforcement
## (2nd Notice)

To Any and All Persons: You are hereby notified that the Recorded Easement (recorded in Sacramento County in June, 2015, APN 242-0210-011-0000), will as of this date 1/13/17 be enforced. ANY VEHICLE OR TRAILER USING OR PARKED THEREON WILL BE TOWED WITHOUT ANY FORTHERE NOTICE AT VEHICLE OWNERS EXPENSE.

The driveway that you have parking on is part of an Easement, and **is not part of the property that you currently occupy**, it belongs to another entity. As such you have no right to park any type of vehicle on said easement, *(however, normal foot traffic is allowed).*

Any temporary vehicle access MAY be granted after obtaining WRITTEN Authorization from AMERICAN RIVER DETAIL AND AUTOBODY – call (916) 761-3582 to obtain authorization.

*for American River Detail & AutoBody*

Ex A